[No. 19555-4-III. Division Three. December 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ODELL KEMME, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 99-1-02572-6, Richard J. Schroeder and Linda G. Tompkins, JJ., entered September 7 and 20, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 19981-9-III. Division Three. December 11, 2001.]

DANIEL L. WHARTON, *Appellant*, v. EARL BROWN & SONS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 99-2-00743-4, Robert L. Zagelow, J., entered February 6, 2001. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 26343-2-II. Division Two. December 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SONIA JOLENE RUSSO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00717-1, Randolph Furman, J., entered August 10, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 26423-4-II. Division Two. December 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LORIN DWAINE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01123-7, Roger A. Bennett, J., entered September 7, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.